UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRACEY BUECHE** | § | **Docket No. 3:23-cv-00847** |
| | § | |
| | § | |
| **VERSUS** | § | **Judge: JOHN W. deGRAVELLES** |
| | § | |
| | § | |
| **ALLSTATE INSURANCE COMPANY** | § | **Magistrate Judge: SCOTT D.** |
| | § | **JOHNSON** |

_____

## VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE

   NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss Without Prejudice for the reasons set forth below.

   1. Plaintiff, Tracey Bueche initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

   2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

   3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

   4. Subsequently, undersigned counsel contacted Plaintiff, who signed a new contact of representation with Galindo Law.

   5.  In reviewing the available information, it became evident that an appraisal award had been issued and paid by Defendant.  Advising Plaintiff about the status of the claim, she informed undersigned counsel that she does not wish to pursue the claim any further.

   Accordingly, upon due consideration of the facts and law, Plaintiff wishes to voluntarily dismiss her claim without prejudice.

   **WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim without prejudice.

                Respectfully Submitted,

                */s/ Mark Ladd*
                Mark Ladd
                Louisiana Bar Number: 30847
                mark@galindolaw.com
                Galindo Law Firm
                3850 North Causeway Blvd. Ste. 1520
                Metairie, Louisiana 70002
                Ph. 713-228-3030
                Fax 713-228-3003
                Email: hurricane@galindolaw.com
                **ATTORNEYS FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRACEY BUECHE** | § | **Docket No. 3:23-cv-00847-JWD-SDJ** |
| | § | |
| | § | |
| **VERSUS** | § | **Judge: JOHN W. deGRAVELLES** |
| | § | |
| | § | |
| **ALLSTATE INSURANCE COMPANY** | § | **Magistrate Judge: SCOTT D.** |
| | § | **JOHNSON** |

## **ORDER**

**CONSIDERING** the above and foregoing Motion to Dismiss Without Prejudice;

That this matter be, and hereby is ORDERED, WITHOUT PREJUDICE, DISMISSED.

Signed this _____ day of _____, 2023.

_____
**JUDGE, MIDDLE DISTRICT OF LOUISIANA**